UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| THE H.D.D. COMPANY, INC., A CORPORATION OF OREGON, an Oregon corporation,<br><br>Plaintiff,<br><br>v.<br><br>NAVIGATORS SPECIALTY INSURANCE COMPANY, a foreign corporation,<br><br>Defendant. | No. 3:19-cv-00115<br><br>**NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §1441** |

TO:   The Clerk of the United States District Court of Oregon – Portland Division

AND TO:   Plaintiff, and their Counsel of Record, Christopher T. Carson

Please take Notice that NAVIGATORS SPECIALTY INSURANCE COMPANY (hereinafter referred to as "Navigators") hereby removes to this Court the state court action described below:

\\

NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §1441- 1

LETHER & ASSOCIATES PLLC.
1848 WESTLAKE AVENUE N. STE. 100
SEATTLE, WASHINGTON 98109
P: (206) 467-5444  F: (206) 467-5544

## I.    The Subject Action

1.    On December 21, 2018, Plaintiff The H.D.D. Company, Inc., a Corporation of Oregon (hereinafter "Plaintiff") filed an action in the Circuit Court of Oregon for the County of Multnomah, which was assigned cause number 18-cv-58262. A copy of the original Summons and Complaint are attached as **Exhibits A** and **B**, respectively.

2.    On December 31, 2018, the Director of Oregon Department of Consumer and Business Services, Division of Financial Regulation, was served with a copy of the Summons and Complaint.

## II.    Diversity of Citizenship

3.    In the Complaint, Plaintiff alleges that it is a corporation organized under the laws of the State of Oregon. Plaintiff's principal place of business is in the State of California. Therefore, Plaintiff is a citizen of the State of California and the State of Oregon. **Exhibit B.**

4.    Navigators is an insurance company organized under the laws of the State of New York. Navigators' principal place of business is in the State of New York. Therefore, Navigators is a citizen of the State of New York.

## III.    Amount in Controversy

5.    According to Plaintiff's Complaint, Plaintiff is a subcontractor enrolled in a Contractor Controlled Insurance Program for a project known as the North Mist Pipeline Expansion Project (hereinafter the "Project"). *See* **Ex. B.** SNC-Lavalin Constructors, Inc. (hereinafter "SNC-Lavalin") was the general contractor for the Project. *Id.* at ¶3. Plaintiff alleges that during the time Plaintiff performed subcontracting work for the Project, it was insured under Policy No. SF17CGL210739IC (hereinafter the "Policy") issued by Navigators. *Id.*

NOTICE OF REMOVAL OF CIVIL ACTION
UNDER 28 U.S.C. §1441- 2

LETHER & ASSOCIATES PLLC.
1848 WESTLAKE AVENUE N. STE. 100
SEATTLE, WASHINGTON 98109
P: (206) 467-5444  F: (206) 467-5544

6.  Plaintiff's Complaint alleges that SNC-Lavalin issued a demand for arbitration alleging damages against Plaintiff. *Id.* at ¶4. Plaintiff now alleges that Navigators breached the Policy by refusing to defend Plaintiff against the claims alleged in SNC-Lavalin's demand for arbitration. *Id.* at ¶12. Specifically, Plaintiff alleges that "Navigators' breach of contract has caused H.D.D. to incur direct and consequential damages, including but not limited to the cost of defense in defending the claim in arbitration." *Id.* at ¶13.

7.  Plaintiff further seeks a legal declaration that Navigators is obligated to defend Plaintiff against the claims contained in SNC-Lavalin's demand for arbitration. *Id.* at ¶8.

8.  Plaintiff is seeking approximately $200,000 in damages, and expects this figure to increase as the arbitration proceeds. *Id.* at ¶13.

9.  Plaintiff is also seeking its reasonable attorney fees under ORS 742.016. *Id.* at ¶15.

10. The jurisdictional amount in controversy requirement may be satisfied by claims for both general and specific damages as well as claims for attorney's fees authorized by law. *Kroske v. U.S. Bank Corp.*, 432 F.3d 976, 980 (9th Cir. 2005); *Galt v. Scandinavia*, 142 F.3d 1150, 1155-1156 (9th Cir. 1998). When an unspecified amount of damages is alleged, the court is permitted to consider facts contained in the removal petition to determine whether the amount in controversy requirement has been satisfied. *Kroske v. U.S. Bank Corp.*, 432 F.3d 976, 980 (9th Cir. 2005) (citing *Singer v. State Farm Mutual Auto Ins. Co.*, 116 F.3d 373, 377 (9th Cir. 1997)).

11. As discussed above, Plaintiff is seeking approximately $200,000 in damages for their breach of contract claim as well as unspecified consequential damages and attorney fees

NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §1441- 3

LETHER & ASSOCIATES PLLC.
1848 WESTLAKE AVENUE N. STE. 100
SEATTLE, WASHINGTON 98109
P: (206) 467-5444  F: (206) 467-5544

under ORS 742.061. Therefore, Plaintiff has more than satisfied the amount in controversy jurisdictional requirement.

12. For the foregoing reasons, Navigators has demonstrated that the amount in controversy in this matter exceeds $75,000.

### IV. Jurisdiction

13. For the purpose of determining jurisdiction under 28 U.S.C. §1332, Navigators is a citizen of the State of New York and Plaintiff is a citizen of the State of California and the State of Oregon. As a result, Plaintiff and Navigators are citizens of different states and complete diversity exists.

14. The amount in controversy exceeds $75,000.

15. This Court, therefore, has jurisdiction over this controversy under 28 U.S.C. §1332 and 28 U.S.C. §1441.

### V. Timeliness

16. Plaintiff filed the Complaint on December 21, 2018. The Summons and Complaint were served on the Director of Oregon Department of Consumer and Business Services, Division of Financial Regulation on December 31, 2018. This Notice of Removal is being filed on January 23, 2019. As a result, this Notice of Removal is timely under 28 U.S.C. §1446.

### VI. Copies of Process, Pleadings, Orders, and Motion in State Court Proceedings

17. In accordance with 28 U.S.C. §1446, attached to this Notice of Removal as Exhibits A through B are true and correct copies of the pleadings, process, orders, additional

NOTICE OF REMOVAL OF CIVIL ACTION
UNDER 28 U.S.C. §1441- 4

LETHER & ASSOCIATES PLLC.
1848 WESTLAKE AVENUE N. STE. 100
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5544

records, and additional proceedings in the Circuit Court of the State of Oregon for Multnomah County. These documents are:

    A. Summons and Affidavit of Service; and

    B. Complaint.

18. Notice of this removal will be filed with the Clerk of the Circuit Court of the State of Oregon for Multnomah County and will be given to all other parties, in accordance with 28 U.S.C. §1446.

DATED this 24th day of January, 2019.

        LETHER & ASSOCIATES

        *s/ Thomas Lether*
        Thomas Lether, OSBA #101708
        1848 Westlake Avenue N, Suite 100
        Seattle, WA 98109
        P: (206) 467-5444/F: (206) 467-5544
        tlether@letherlaw.com
        *Counsel for Defendant Navigators Specialty Insurance Company*

NOTICE OF REMOVAL OF CIVIL ACTION
UNDER 28 U.S.C. §1441- 5

LETHER & ASSOCIATES PLLC.
1848 WESTLAKE AVENUE N. STE. 100
SEATTLE, WASHINGTON 98109
P: (206) 467-5444  F: (206) 467-5544

# CERTIFICATE OF SERVICE

The undersigned hereby certifies under the penalty of perjury under the laws of the State of Oregon that on this date I caused to be served in the manner noted below a true and correct copy of the foregoing on the parties mentioned below as indicated:

Christopher T. Carson
Kilmer, Voorhees & Laurick, P.C.
732 NW 19th Avenue
Portland, Oregon 97209
(503) 224-0055
ccarson@kilmerlaw.com
*Attorney for Plaintiff The H.D.D. Company, Inc.*

**By:**      [X] E-service

Dated this 24th day of January, 2019, at Seattle, Washington.

*s/ Elizabeth Kruh*
Elizabeth Kruh | Paralegal

NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §1441- 6

LETHER & ASSOCIATES PLLC.
1848 WESTLAKE AVENUE N. STE. 100
SEATTLE, WASHINGTON 98109
P: (206) 467-5444  F: (206) 467-5544