IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| THE H.D.D. COMPANY, INC., A CORPORATION OF OREGON,<br><br>    Plaintiff,<br><br>v.<br><br>NAVIGATORS SPECIALTY INSURANCE COMPANY,<br><br>    Defendant. | 3:19-cv-00115-BR<br><br>JUDGMENT |

**BROWN, Senior Judge.**

    Based on the Court's Opinion and Order issued July 9th, 2019, the Court enters JUDGMENT in favor of Defendant.

    IT IS SO ORDERED.

    DATED this 9th day of July, 2019.

                             /s/ Anna J. Brown
                            _____
                            ANNA J. BROWN
                            United States Senior District Judge